IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RACHEL LEE PADGETT,

    Petitioner,

v.                                            4:20cv509–WS/MAF

ERICA STRONG, Warden,

    Respondent.

_____

## ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 20) docketed February 16, 2021. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed as moot. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 20) is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED as moot.

3. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is dismissed."

DONE AND ORDERED this   23rd   day of   March  , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE